IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHANNON CLARK                                                                                    PLAINTIFF

           v.                Civil No. 05-5059

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## **JUDGMENT**

On this 10th day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, D. Brent Sterling, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,312.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                              /s/Bobby E. Shepherd
                                                            Honorable Bobby E. Shepherd
                                                            United States Magistrate Judge